## 50856, 50986. GEORGIA POWER COMPANY v. CITY OF GRIFFIN; and vice versa.

WEBB, Judge.

We agree with the trial court that neither the plaintiff nor the defendant has carried its burden of demonstrating that there is no genuine issue of material fact and that it is entitled to judgment as a matter of law. Accordingly the respective motions for summary judgment were properly denied.

*Judgment affirmed. Bell, C. J., and Marshall, J., concur.*

ARGUED JUNE 17, 1975 — DECIDED JUNE 25, 1975.

*Jones, Cork, Miller & Benton, Wallace Miller, Jr., Troutman, Sanders, Lockerman & Ashmore, Tench C. Coxe,* for appellant.

*Robert H. Smalley, Jr.,* for appellee.